```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SHERI PYM
    Assistant United States Attorney
 3  Chief, Riverside Branch Office
    SEAN K. LOKEY
 4  Assistant United States Attorney
    (Cal. State Bar No. 211373)
 5       3880 Lemon Street
         Suite 210
 6       Riverside, California 92501
         Telephone: 951-276-6926
 7       Facsimile: 951-276-6202/6237
         E-Mail: sean.lokey@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                            EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR 10-27(A)-VAP |
| Plaintiff, | ORDER |
| v. | |
| GREGORY FLORES, SHERI GALE, and AMY HALL, a.k.a. "Amy Trujillo," | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings and conclusions stipulated to by the parties and orders the following:

Plaintiff, United States of America, may supply defense counsel for defendants GREGORY FLORES, SHERI GALE and AMY HALL with the items listed in subparagraphs 2(a) through 2(d) of the previously-filed Stipulation re Protective Order Concerning Disclosure of Banking Records and Personal Identifying

Information (hereinafter, the "Protected Documents").

 1. The disclosure of the Protected Documents will be made under the following conditions:

 a. Defense counsel shall not provide the Protected Documents (or copies thereof) to their clients.  However, defense counsel may show the Protected Documents to their clients and discuss with their clients the content of said documents.

 b. Defense counsel shall not disclose the Protected Documents to any other persons, except as necessary in preparation of the defense, without prior authorization from the Court.

 c. At the conclusion of this case, including all proceedings in the trial and/or appellate courts, defense counsel shall return all copies of the Protected Documents to the United States Attorney's Office.

 2. The parties agree that circumstances may arise at a later time which may require that the provisions of this stipulation be modified.  However, such modification shall be made only if all parties to this stipulation agree in writing to such modification.  If the parties fail to reach an agreement, either party may then bring the matter up before the Court.

IT IS SO ORDERED.

 IT IS SO FOUND AND ORDERED this __23rd__ day of July, 2010.

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE